**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

FREMONT INVESTMENT & LOAN,　　　　　Civil No. 09-2695 (JRT/JJK)

　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**ORDER**

VINCENT JAMES HUBER AND
UNITED STATES OF AMERICA,

　　　　　　　Defendants.

_____

　　　Dana Nyquist and Michael Orme, **ORME & ASSOCIATES, LTD,** 4040 Nicols Road, Eagan, MN 55122, for plaintiff.

　　　Roylene Champeaux, Assistant United States Attorney**, OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendant United States of America.

　　　That based upon the Stipulation between Plaintiff and Defendant United States of America, on file herein [Docket No. 5], and the failure of any of the remaining Defendants to make an appearance herein, the Court makes the following:

## **ORDER**

　　　1.　　The Stipulation between Plaintiff and Defendant United States of America is hereby approved.

　　　2.　　This matter is hereby remanded to the Dakota County District Court, State of Minnesota, in which it was originally venued prior to the removal to this Court by Defendant United States of America.

Dated: December 8, 2009
at Minneapolis, Minnesota

                          <u>s/ John R. Tunheim</u>
                         JOHN R. TUNHEIM
                United States District Judge